ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
April 7, 1997
PER CURIAM:
The two paragraphs at the end of Part A in the original opinion, 105 F.3d at 1048, should not be read to preclude a determination that, given a real nexus, school supervisors who are deliberately indifferent to a student’s constitutional liberty interest in her bodily integrity are themselves the state actors who perpetrated the constitutional tort, regardless of whether the individual who actually made illicit physical contact with the student was acting under color of state law.
The Petition for Rehearing is DENIED and no member of this panel nor judge in regular active service on the court having requested that the court be polled on Rehearing En Banc, (FRAP and Local Rule 35) the Suggestion for Rehearing Én Banc is also DENIED.